No. 01–1610.  McClure v. George.  C. A. 4th Cir.  Certiorari denied.

No. 01–1612.  Schultz v. Sykes et al.  Ct. App. Wis.  Certiorari denied.

No. 01–1613.  Wendt v. Mineta, Secretary of Transportation.  C. A. 7th Cir.  Certiorari denied.

No. 01–1615.  McLachlan, Trustee of the Mary Butschek Living Trust, et al. v. Simon, an Individual and Former Trustee of the Navellier Series Fund, et al.  C. A. 9th Cir.  Certiorari denied.

No. 01–1619.  Akers v. Bishop et al.  C. A. 6th Cir.  Certiorari denied.

No. 01–1620.  Rodriguez v. Texas Department of Protective Services.  Sup. Ct. Tex.  Certiorari denied.

No. 01–1621.  Bebchick v. Holland America Line-Westours, Inc., et al.  Sup. Ct. Wash.  Certiorari denied.

No. 01–1673.  Wagenknecht v. United States et al.  C. A. 6th Cir.  Certiorari denied.

No. 01–1724.  Bar-Meir v. North American Die Casting Assn.  C. A. 8th Cir.  Certiorari denied.

No. 01–8465.  Sol v. Immigration and Naturalization Service.  C. A. 2d Cir.  Certiorari denied.

No. 01–8544.  Morales v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 01–8643.  Amaya-Matamoros v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 01–8664.  Wright v. United States.  C. A. 11th Cir.  Certiorari denied.